UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW PARR, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CASE NUMBER: SA-09-CA-0411-XR |
| | § | |
| SHARON SIGALAS, et al., | § | |
| Defendants, | § | |

## MOTION TO TRANSFER VENUE

**COMES NOW,** Matthew Parr, et al., plaintiffs in the above styled and numbered cause and respectfully requests the court to consider pursuant to 28 U.S.C. 1404(a) that this action be transferred to the United States District Court Southern District of Mississippi Southern Division for the following reasons:

1. For the convenience of the defendants and witnesses. All of the defendants are currently domiciled in the Southern District of Mississippi and requiring them to travel to Texas would pose an inconvenience and possible financial hardship on all parties.

2. In the interest of justice. This action could have been brought in the Southern District of Mississippi by any of the plaintiffs.

3. Lack of personal jurisdiction over parties. This court would likely not be able to exercise personal jurisdiction over the defendants even though it does have subject matter jurisdiction thus limiting the remedies available to plaintiffs.

4. Plaintiffs' filing in this Court was not made in bad faith or with any intent to cause undue expense to any of the parties or the Court.

5. No defendant has yet responded to summons with an answer or entered any pleading in this matter. A transfer at this time will spare the Court and the defendants from unnecessary pleadings.

WHEREFORE, Plaintiffs request that this action be transferred to the Southern District of Mississippi.

**Respectfully submitted on the 1st day of June, 2009,**

*[signature]*

Matthew M. Parr, pro se.
2424 Gold Canyon Road, Apt 1617
San Antonio, TX 78259
Telephone: (210) 519-8344
matthew_parr@att.net