**In the United States District Court for the Western District of Texas**

FILED
JUN 0 5 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| MATTHEW PARR, et al., | § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. SA-09-CA-0411-XR |
| SHARON SIGALAS, et al., | § § § | |
| Defendants | § | |

### TRANSFER ORDER

On this date the Court considered Plaintiffs' motion to transfer venue (docket no. 10). Plaintiffs move the Court to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Mississippi. According to Plaintiffs' pleadings, all of the Defendants and Parr's minor children are currently domiciled in the geographical region represented by the Southern District of Mississippi. Further, the Court believes it is more likely that the Southern District of Mississippi may have personal jurisdiction over the Defendants. For the convenience of the Defendants and witnesses and in the interest of justice, the Court GRANTS Plaintiffs' motion and TRANSFERS this action to the United States District Court for the Southern District of Mississippi. See 28 U.S.C. § 1404(a).

It is so ORDERED.

SIGNED this 5th day of June, 2009.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE